

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2023

No. 04-22-00569-CR

Richard Alexander **VALLEJO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR10924
Honorable Melisa C. Skinner, Judge Presiding

## O R D E R

The reporter's record was initially due on October 25, 2022. When we granted court reporter Mary Beth Sasala's second request for an extension of time to file the record, we set the record due on December 28, 2022. After the twice-extended due date, she filed a third request for additional time to file the record.

The request is GRANTED. *See* TEX. R. APP. P. 35.3(c). The reporter's record is due on January 28, 2023. *See id.*

**Absent extraordinary circumstances, no further extensions of time to file the record will be granted.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court